

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK

THE DATE OF ENTRY IS

ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 22, 2013**

_____

**United States Bankruptcy Judge**

_____

MTDZ 0013.000744

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
LIZA RUTH WOOD

CASE NO: 13-70048-HDH-13
DATED: November 20, 2013
HEARING DATE: November 20, 2013
HEARING TIME: 10:00 AM

**ORDER DISMISSING CASE WITH PREJUDICE TO REFILING**
**FOR 180 DAYS**

Came to he considered the Trustees Motion to Dismiss with prejudice in the above styled and numbered case. The Trustee appeared by counsel, and the Debtor(s) appeared by counsel.

It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED WITH PREJUDICE FOR 180 DAYS.

It is further ORDERED, that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

### # # End of Order # # #

_/s/ Walter O'Cheskey_____
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424